UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61842-CIV-COHN/WHITE
(Criminal Case No. 05-60174-CR-COHN)

**SCANNED**

TEVIS COOPER,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 9], submitted by United States Magistrate Judge Patrick A. White, regarding Movant Tevis Cooper's *pro se* Motion to Vacate, filed pursuant to 28 U.S.C. §2255, attacking his conviction and sentence for possession with intent to distribute five grams or more of crack cocaine, entered following a guilty plea in Case No. 05-60174-Cr-Cohn. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion and the Report and Recommendation, and is otherwise fully advised in the premises. The Court notes that Mr. Cooper has filed no Objections to the Report and Recommendation, and the time for filing such objections has expired. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge Patrick A. White [DE 9] is **ADOPTED**.

2. Movant Tevis Cooper's Motion to Vacate [DE 1] is **DENIED**.

3. Any other pending motions are **DENIED as moot**. The Clerk of Court is

directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of August, 2008.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Tevis Cooper, *pro se*
Reg. No. 57300-004
F.C.C. - Coleman (Med.)
P.O. Box 1032
Coleman, FL  33521-1032